IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action Number 05-cv-01350-RPM

ANNA HURD,

        Plaintiff,

v.

MILE HIGH HARLEY DAVIDSON, LLC,
a Colorado Limited Liability Company, and
RAY COOPER,

        Defendants.
_____

ORDER OF DISMISSAL
_____

Pursuant to the Stipulation for Dismissal of Defendant Ray Cooper, filed on September 15, 2005, it is

ORDERED that the complaint against Ray Cooper is dismissed with prejudice.

DATED: September 15, 2005

        BY THE COURT:

        s/Richard P. Matsch
        _____
        Richard P. Matsch, Senior District Judge