IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No.  05-cv-01350-RPM

ANNA HURD,

        Plaintiff,

v.

MILE HIGH HARLEY DAVIDSON, LLC,
a Colorado Limited Liability Company,

        Defendant.

ORDER DISCHARGING ORDER TO SHOW CAUSE

        Upon consideration of the Response to Order to Show Cause, filed on October 28, 2005, by Aaron L. Evans as counsel for plaintiff and upon the explanation given, it is

        ORDERED that the Order to Show Cause is discharged and it is

        FURTHER ORDERED that Mr. Evans will arrange with Mr. Vance Knapp, counsel for the defendant, a mutually agreed date for a new scheduling conference which shall be set.

        Dated: November 1, 2005

        BY THE COURT:

        s/Richard P. Matsch
        _____
        Richard P. Matsch, Senior District Judge