IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No.  05-cv-01350-RPM

ANNA HURD,

        Plaintiff,

v.

MILE HIGH HARLEY DAVIDSON, LLC,
a Colorado Limited Liability Company,

        Defendant.

## ORDER OF DISMISSAL

Upon consideration of the Stipulated Dismissal with Prejudice, filed on November 9, 2005, it is

ORDERED that this action is dismissed with prejudice, each party to bear its own attorneys' fees and costs.

Dated: November 14, 2005

BY THE COURT:

s/Richard P. Matsch

_____
Richard P. Matsch, Senior District Judge